No. 20-0081-16

| | | |
|---|---|---|
| KIM T. COLE | § | IN THE 16 DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | OF |
| CARRINGTON MORTGAGE SERVICES, LLC, and CARRINGTON FORECLOSURE SERVICES, LLC, | § | |
| | § | DENTON COUNTY, TEXAS |
| *Defendants* | § | |

FILED
DENTON COUNTY, TEXAS
2020 JAN -6 AM 8:20
DAVID TRANTHAM
DISTRICT CLERK
BY_____ DEPUTY

### PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORIGINAL PETITION

To the Honorable Judge of Said Court:

KIM T. COLE ("Plaintiff" or "Cole") files this, her Original Petition, hereby complains of CARRINGTON MORTGAGE SERVICES, LLC, and CARRINGTON FORECLOSURE SERVICES, LLC, and for causes of action shows:

## I.
## DISCOVERY LEVEL.

Plaintiff affirmatively pleads that discovery should be conducted in accordance with a Level Two discovery control plan under Texas Civil Procedure Rule 190.3.

## II.
## PARTIES

**A. Plaintiff**

Plaintiff is an individual resident of Denton County, Texas at 1248 Canvasback Drive, Aubrey, Texas 76227 and each so notifies the clerk of this Court for purposes of Texas Civil Practice & Remedies Code §30.015(a). Supplied only for purposes of compliance with Texas Civil Practice & Remedies Code §30.014, the last three digits of the named Plaintiff's Texas driver's license number are 728, and the last three digits of the named Plaintiffs' Social Security Number are 0018.

**B. Defendants**

    **1. Carrington Mortgage Services, LLC**

Defendant CARRINGTON MORTGAGE SERVICES, LLC is a national mortgage lender

PLAINTIFF'S EX PARTE APPLICATION FOR
RESTRAINING ORDER AND ORIGINAL PETITION

Page 1 of 5



with its principle offices located outside of Texas but doing business in Denton County, Texas. Carrington Mortgage Services, LLC may be served through its registered agent CT Corporation at 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136

### 2. Carrington Foreclosure Services, LLC

Defendant CARRINGTON FORECLOSURE SERVICES, LLC, is a foreign limited liability company with a principle place of business outside of Texas but doing business in Denton County, Texas. Carrington Foreclosure Services, LLC may be served at 1500 South Douglas Road, Suite 150, Anaheim, California 92806.

### III.
### JURISDICTION

Jurisdiction is proper because this Court is one of general jurisdiction, because Plaintiff resides in Denton County, Texas, and each Defendant has sought to do business or has done business in Texas and Denton County, and the relief sought is within the Court's monetary and subject matter jurisdiction and other authority granted by statute.

### IV.
### VENUE

Venue is proper because the real property venue is proper in Denton County pursuant to the Texas Civil Practices and Remedies Code as the property at issue is located in Denton County, Texas.

### V.
### PREDICATE FACTS

Plaintiff is the owner of the property located at 1248 Canvasback Drive, Aubrey, Texas 76227.

Plaintiff is a "consumer" as defined by Texas Finance Code §392.001(1) and the Loan as described below is an obligation, or an alleged obligation, primarily for personal, family, or household purposes and arising from a transaction or alleged transaction, hence is a "consumer debt" as defined by Texas Finance Code §392.001(2).

Defendant Carrington Mortgage Services, LLC is the Plaintiff's mortgage holder, which is attempting to sell Plaintiff's homestead on January 7, 2020, through a foreclosure sale.

Each Defendant holds itself out to be in the business of collecting consumer debts in this jurisdiction. Each Defendant is engaged in "debt collection" as defined by Texas Finance Code §392.001(5).

Each Defendant is a "debt collector" as defined by Texas Finance Code §392.001(6), and one or more Defendants may (in discovery) prove to be a "third party debt collector" as defined

PLAINTIFF'S EX PARTE APPLICATION FOR
RESTRAINING ORDER AND ORIGINAL PETITION          Page 2 of



by Texas Finance Code §392.001(7).

## VI.
## CAUSES OF ACTION

A. **Breach of Contract**

The Texas Property Code requires a mortgage lender to provide a Notice of Default and opportunity to cure given to the borrower. Plaintiff has received no notice of the same as required by both the security documents and the property code. This constitutes a breach of contract of contract for which Plaintiff sues, requesting actual damages, attorney fees and costs of court.

B. **Texas Debt Collection Act Violations**

The acts of Defendants (a) were "debt collection" activities, and (b) were in violation of and actionable under TDCA because residential real property foreclosure activity is covered by TDCA. *Biggers v. BAC Home Loans Servicing, LP*, 2011 U.S. Dist. LEXIS 13104, *2, *16; 2011 WL 588059, *1, *5 (N.D.Tex. 2011).

In violation of Tex. Fin. Code §392.101(a), Defendants threatened a substitute trustee's sale of the Property, despite the prohibition of such statute that a:

> third-party debt collector may not engage in debt collection unless the third-party debt collector . . . has obtained a surety bond issued by a surety company authorized to do business in this state as prescribed by this section. A copy of the bond must be filed with the secretary of state.

Upon information and belief, at the time of such first threatened trustee's sale and since, there was no such bond on file and is no such bond on file with the Secretary of State of Texas, hence all collection activity since such first threatened foreclosure.

Under Tex. Fin. Code §392.403, such Defendants' violations of the TDCA render said Defendants liable to Plaintiff for statutory damages, injunctive relief, costs and reasonable attorney's fees, and Plaintiff now seeks only declaratory relief that the statutes were violated and the threatened January 7, 2020 sale is barred.

## VII.
## REQUEST FOR TEMPORARY RESTRAINING ORDER

Therefore, Plaintiff requests the Court restrain, without notice to the Defendant, its attorneys, agents and assigns and anyone acting in concert with them, from foreclosing on the property located at 1248 Canvasback Drive, Aubrey Texas 76227 until further order from this Court.

Plaintiff did not receive the notice and opportunity to cure nor a Notice of Acceleration.



Plaintiff failed to receive the proper notices from Defendant and has not ever received a full and proper accounting from the Defendant properly setting forth the alleged events of default. Plaintiff has never received service of this information despite being an owner. As such, Plaintiff has been unable to know how much is actually owed in order to cure the default.

Unless restrained without notice, as requested below, Plaintiff's homestead could be lost forever and no amount of money damages could restore Plaintiff to her prior position. Thus, there is no adequate remedy at law.

Therefore, Plaintiff requests the Court restrain, without notice to the Defendant, its attorneys, agents and assigns and anyone acting in concert with them, from foreclosing on the property located at 1248 Canvasback Drive, Aubrey Texas 76227 until further order from this Court.

As set forth above, this is Plaintiff's homestead and Plaintiff will suffer immediate and irreparable harm if Defendant is not enjoined from foreclosing on the property.

Plaintiff also requests, after the TRO is issued, that the Court set this matter for a hearing a Temporary Injunction to govern the conduct of the parties pending the outcome of this litigation.

Plaintiff is prepared to post a bond as set by the Court.

## VII.
## REQUEST FOR RULE 194 DISCLOSURE

Plaintiff hereby serves this request for disclosure on counsel for Defendant. Pursuant to Tex. R. Civ. P. 194, Defendant is requested to disclose the information or material described in Tex. R. Civ. P. 194.2, (a)-(Z). The response shall be returned Plaintiff by mail at 1248 Canvasback Drive, Aubrey Texas 76227 within thirty (30) days of service of this request. Please serve copies of all relevant documents and other tangible items with your response in accordance with Rule 194.4. Furthermore, you are under a duty to supplement your response in accordance with Rule 193.5.

## VIII.
## PRAYER

WHEREFORE, Wherefore Premises considered, Plaintiff respectfully prays this matter be set for a hearing, and upon final trial thereof, Plaintiff be granted a judgment against Defendant on her claims as well as for attorney fees, costs of court and pre- and post-judgment interest as required by law. In addition, Plaintiff requests a Temporary Restraining Order be issued, without notice as set forth herein against CARRINGTON MORTGAGE SERVICES, LLC and its attorneys, their agents and assigns and anyone acting in concert with them, restraining all from foreclosing on the property located at 1248 Canvasback Drive, Aubrey Texas 76227 until further order from this Court. Plaintiff also requests, after the TRO is issued, that the Court set this matter for a hearing a Temporary Injunction to govern the conduct of the parties pending the outcome of

PLAINTIFF'S EX PARTE APPLICATION FOR
RESTRAINING ORDER AND ORIGINAL PETITION                             Page 4 of 5



this litigation and for all other and further relief, at law or in equity, to which Plaintiff show herself justly entitled.

Respectfully submitted,

*[signature]*

KIM T. COLE
1248 Canvasback Drive
Aubrey Texas 76227
**(Pro Se)**

## CERTIFICATE OF CONFERENCE

I certify that diligent efforts to notify the parties against whom ex parte relief is sought have been unsuccessful and the circumstances do not permit additional efforts to give notice.

Signed on this __10th__ day of __January__, 2020.

*[signature]*

KIM T. COLE

CERTIFIED A TRUE AND CORRECT COPY OF THE RECORD ON FILE IN MY OFFICE
DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
Date 1-08-20
By: [signature] Deputy Clerk